UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No.:CR-06-0144-JSW |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND [PROPOSED] ORDER PERMITTING TRAVEL |
| PHYLLIS REYES CUISON, *et al.*, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the plaintiff, through its counsel, Assistant United States Attorney Christina Hua and Phyllis Reyes Cuison, defendant, through her counsel, Ann C. Moorman that defendant Phyllis Reyes Cuison shall be permitted to travel outside the Northern District of California to San Diego, California from May 27, 2006 through May 29, 2006. The Pretrial Services Officer, Michelle Nero, has no objection to this request. The defendant shall travel by airplane and continue to comply with any and all reporting requirements of Pretrial Services.

DATED: 5-8-06

CHRISTINA HUA
Assistant United States Attorney

DATED: 5-17-06

ANN C. MOORMAN
Counsel for PHYLLIS CUISON REYES

///

Stipulation and Order Permitting Travel

1

1  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Phyllis Reyes Cuison shall be permitted to travel outside the Northern District of California to San Diego, California from May 27, 2006 through May 29, 2006. The defendant shall travel by airplane and continue to comply with any and all reporting requirements of Pretrial Services.

**IT IS SO ORDERED:**

DATED: May 23, 2006

THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT