UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR-06-0144-JSW |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER PERMITTING TRAVEL |
| PHYLLIS REYES CUISON, *et al.*, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the plaintiff, through its counsel, Assistant United States Attorney Christina Hua and Phyllis Reyes Cuison, defendant, through her counsel, Ann C. Moorman that defendant Phyllis Reyes Cuison shall be permitted to travel outside the Northern District of California to Benicia, California, in the Eastern District of California on August 5, 2006 to attend a relative's birthday. Defendant shall also be permitted to travel outside the Northern District of California to Rancho Seco Recreational Area, in the Eastern District of California, from September 2, 2006 through September 5, 2006, to go camping. The Pretrial Services Officer, Michelle Nero, has no

///

JUL-31-2006  10:19                                                    P.03

1  objections to these requests. Defendant shall travel by automobile and continue to comply with any and
2  all reporting requirements of Pretrial Services, including all contact information while outside the
3  District.
4
5  DATED: 7-31-06
6                                                    _____
                                                     CHRISTINA HUA
7                                                    United States Attorney

8  DATED: 7-31-06
                                                     _____
9                                                    ANN C. MOORMAN
                                                     Counsel for PHYLLIS CUISON REYES
10
   IT IS SO ORDERED:
11
   DATED: ___8/1/6___                                _____
12                                                   HONORABLE JEFFREY S. WHITE
                                                     UNITED STATES DISTRICT COURT JUDGE
13
                                                     [Stamp: Judge Joseph C. Spero]
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order Permitting Travel                  2

                                                              TOTAL P.03