UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR-06-0144-JSW |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| vs. | ) | ORDER PERMITTING TRAVEL |
| | ) | |
| PHYLLIS REYES CUISON, *et al.*,, | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED between the plaintiff, through its counsel, Assistant United States Attorney Christina Hua and Phyllis Reyes Cuison, defendant, through her counsel, Ann C. Moorman that defendant Phyllis Reyes Cuison shall be permitted to travel outside the Northern District of California to Diamond Bar, California, in the Central District of California from October 6, 2006 until October 10, 2006 to attend her high school class reunion and visit family. The Pretrial Services Officer, Michelle Nero, has no objection to this request. Defendant shall travel by automobile and continue to comply with any and all reporting requirements of Pretrial Services, while outside the District.

DATED: _____      /s/Christina Hua
                                                  CHRISTINA HUA
                                                  Assistant United States Attorney

DATED: _____      /s/ Ann C. Moorman
                                                  ANN C. MOORMAN
                                                  Counsel for PHYLLIS REYES CUISON

1

2        GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant Phyllis Reyes Cuison shall be permitted to travel by automobile to Diamond Bar California leaving October 6, 2006 and returning no later than October 10, 2006. Defendant Cuison shall comply with any reporting requirements imposed on her by Pretrial Services while she is out of the Northern District.

      IT IS SO ORDERED.

DATED: September 29, 2006

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge James Larson*

Stipulation and Order Permitting Travel        2