**E-Filing**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PHYLLIS REYES CUISON, *et al.*,, ) <br> ) <br> Defendant. ) <br> ) | No.: CR-06-0144-JSW <br><br> STIPULATION AND [PROPOSED] ORDER PERMITTING TRAVEL |

IT IS HEREBY STIPULATED between the plaintiff, through its counsel, Assistant United States Attorney Cynthia Stier and Phyllis Reyes Cuison, defendant, through her counsel, Ann C. Moorman that defendant Phyllis Reyes Cuison shall be permitted to travel outside the Northern District of California to Pomona, California, in the Central District of California from December 28, 2006 until January 1, 2007 to visit family. Pretrial Services Officer, Michelle Nero, has no objection to this request. Defendant shall travel by automobile and continue to comply with any and all reporting requirements of Pretrial Services while outside the District.

DATED: 12/14/06

CYNTHIA STIER
Assistant United States Attorney

DATED: 12/15/06

ANN C. MOORMAN
Counsel for PHYLLIS REYES CUISON

Stipulation and Order Permitting Travel        1

1  GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant Phyllis
2  Reyes Cuison shall be permitted to travel by automobile to Pomona, California leaving December 28,
3  2006 and returning no later than January 1, 2007. Defendant Cuison shall comply with any reporting
4  requirements imposed on her by Pretrial Services while she is out of the Northern District.

5  IT IS SO ORDERED.

7  DATED: 18 Dec 06

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

Stipulation and Order Permitting Travel                 2