UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PHYLLIS REYES CUISON, *et al.*,,<br><br>    Defendant. | No.: CR-06-0144-JSW<br><br>STIPULATION AND [PROPOSED] ORDER PERMITTING TRAVEL |

IT IS HEREBY STIPULATED between the plaintiff, through its counsel, Assistant United States Attorney Cynthia Stier and Phyllis Reyes Cuison, defendant, through her counsel, Ann C. Moorman that defendant Phyllis Reyes Cuison shall be permitted to travel outside the Northern District of California to New York and New Jersey from March 15, 2007 to March 18, 2007 to visit family and to Los Angeles from April 19, 2007 to April 22, 2007 to attend a compliance seminar. The Pretrial Services Officer, Michelle Nero, has no objection to this request. Defendant shall travel by Air to New York and New Jersey and by automobile to Los Angeles. Defendant will continue to comply with any and all reporting requirements of Pretrial Services, while outside the District.

DATED: _____          _____/s/_____
                          CYNTHIA STIER
                          Assistant United States Attorney

DATED: _____          _____/s/_____
                          ANN C. MOORMAN
                          Counsel for PHYLLIS REYES CUISON

Stipulation and Order Permitting Travel          1

1

2   GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant Phyllis
3   Reyes Cuison shall be permitted to travel by air to New York and New Jersey leaving March 15, 2007
4   and returning no later than March 18, 2007 and to Los Angeles by automobile leaving April 19, 2007
5   and returning no later than April 22, 2007. Defendant Cuison shall comply with any reporting
6   requirements imposed on her by Pretrial Services while she is out of the Northern District.
7   IT IS SO ORDERED.

9   DATED: 7 March 07

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

Stipulation and Order Permitting Travel                 2