UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR-06-0144-JSW |
| Plaintiff, | |
| vs. | STIPULATION AND [P~~ROPOSED~~] ORDER PERMITTING TRAVEL |
| PHYLLIS REYES CUISON, *et al.*,, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the plaintiff, through its counsel, Assistant United States Attorney Cynthia Stier and Phyllis Reyes Cuison, defendant, through her counsel, Ann C. Moorman that defendant Phyllis Reyes Cuison shall be permitted to travel outside the Northern District of California to Sacramento, California on April 28, 2007 to visit a co-worker. She shall return to the District the same day. Pretrial Services Officer, Michelle Nero, has no objection to this request.  Defendant will continue to comply with any and all reporting requirements of Pretrial Services, while outside the District.

DATED: _____           /s/_____
                                    CYNTHIA STIER
                                    Assistant United States Attorney

DATED: _____           /s/_____
                                    ANN C. MOORMAN
                                    Counsel for PHYLLIS REYES CUISON

Stiplulation and Proposed Order Permitting Travel

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant Phyllis Reyes Cuison shall be permitted to travel to Sacramento, California on April 28, 2007 and return the same day..   Defendant Cuison shall comply with any reporting requirements imposed on her by Pretrial Services while she is out of the Northern District.

IT IS SO ORDERED.

DATED: _____April 25, 2007_____



_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28