E-Fili

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No.: CR-06-0144-JSW |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION AND [PROPOSED] ORDER PERMITTING TRAVEL |
| PHYLLIS REYES CUISON, et al.,, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED between the plaintiff, through its counsel, Assistant United States Attorney Cynthia Stier and Phyllis Reyes Cuison, defendant, through her counsel, Ann C. Moorman that defendant Phyllis Reyes Cuison shall be permitted to travel outside the Northern District of California to Stockton, California on May 27, 2007 to attend a family gathering. The defendant shall return the same date  The Pretrial Services Officer, Michelle Nero, has no objection to this request. Defendant shall travel by automobile.   Defendant will continue to comply with any and all reporting requirements of Pretrial Services, while outside the District.

DATED: May 15, 2007                              /s/
                                                CYNTHIA STIER
                                                Assistant United States Attorney

DATED: May 15, 2007                              /s/
                                                ANN C. MOORMAN
                                                Counsel for PHYLLIS REYES CUISON

Stipulation and Order Permitting Travel                1

1

2         GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant Phyllis Reyes Cuison shall be permitted to travel by automobile to Stockton, California on May 27, 2007.

3   Defendant Cuison shall comply with any reporting requirements imposed on her by Pretrial Services

4   while she is out of the Northern District.

5         IT IS SO ORDERED.

6

7   DATED: 16 May 07

        HONORABLE JEFFREY S. WHITE
        UNITED STATES DISTRICT COURT JUDGE