UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR-06-0144-JSW |
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER PERMITTING TRAVEL |
| PHYLLIS REYES CUISON, *et al.*, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the plaintiff, through its counsel, Assistant United States Attorney Cynthia Stier and Phyllis Reyes Cuison, defendant, through her counsel, Ann C. Moorman that defendant Phyllis Reyes Cuison shall be permitted to travel outside the Northern District of California to Seattle, Washington and by boat to the state of Alaska leaving June 22, 2007 and returning July 1, 2007. Pretrial Services Officer, Michelle Nero, has no objection to this request. Defendant shall continue to comply with any and all reporting requirements of Pretrial Services, while outside the District. This Order further provides that the Clerk of the Court shall return Ms. Reyes Cuison's passport to her or her attorney Ann C. Moorman immediately. The defendant is ordered to relinquish the passport to the Clerk of the Court no later than July 9, 2007.

DATED: June 19, 2007    /s/ Cynthia Stier
                        CYNTHIA STIER
                        Assistant United States Attorney

DATED: June 19, 2007    /s/ Ann C. Moorman
                        ANN C. MOORMAN
                        Counsel for PHYLLIS REYES CUISON

Stipulation and Order Permitting Travel           1

ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant Phyllis Reyes Cuison shall be permitted to travel to Seattle Washington and the State of Alaska by boat leaving leaving June 22, 2007 and returning no later July 1, 2007.  Defendant Cuison shall comply with any reporting requirements imposed on her by Pretrial Services while she is out of the Northern District. The defendant is also ordered to supply Pretrial Services with her itinerary prior to departure.

The Clerk of the Court is hereby Ordered to return the defendant's passport forthwith to the defendant or her attorney.  The defendant is ordered to return the passport on or before July 9, 2007.

IT IS SO ORDERED.

DATED:  June 20, 20067            _____
                                  UNITED STATES DISTRICT COURT



Stipulation and Order Permitting Travel                    2