1

2

3

4

5

6               UNITED STATES DISTRICT COURT

7               NORTHERN DISTRICT OF CALIFORNIA

8                   SAN FRANCISCO DIVISION

9

10   UNITED STATES OF AMERICA,        )   No.: CR-06-0144-JSW
                                      )
11                   Plaintiff,       )
                                      )   STIPULATION AND [PROPOSED]
12        vs.                         )   ORDER PERMITTING TRAVEL
                                      )
13   PHYLLIS REYES CUISON, *et al.*,  )
                                      )
14                   Defendants.      )
                                      )
15   _____ )

16        IT IS HEREBY STIPULATED between the plaintiff, through its counsel, Assistant United

17   States Attorney Cynthia Stier and Phyllis Reyes Cuison, defendant, through her counsel, Ann C.

18   Moorman that defendant Phyllis Reyes Cuison shall be permitted to travel outside the Northern District

19   of California to Benicia, California, in the Eastern District of California on August 18, 2007, returning

20   the same day.    Her Pretrial Services Officer, Betty Kim, has no objection to this request.  Defendant

21   shall continue to comply with any and all reporting requirements of Pretrial Services while outside the

22   District.

23   DATED: August 14, 2007            /s/ Cynthia Stier
                                       CYNTHIA STIER
24                                     Assistant United States Attorney

25

26   DATED: August 14, 2007            //s/ Ann C. Moorman
                                       ANN C. MOORMAN
27                                     Counsel for PHYLLIS REYES CUISON

28

1

        GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant Phyllis

2
Reyes Cuison shall be permitted to travel to Benicia, California on August 18, 2007, returning the same

3
day.  Defendant Cuison shall comply with any reporting requirements imposed on her by Pretrial

4
Services while she is out of the Northern District.

        IT IS SO ORDERED.

5

6
DATED:  _August 14, 2007_

7
                                        _____
                                        HONORABLE BERNARD ZIMMERMAN
8                                       U.S. DISTRICT COURT MAGISTRATE JUDGE

9

10

11

12                                      

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28