1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                          NORTHERN DISTRICT OF CALIFORNIA

8                              SAN FRANCISCO DIVISION

9

10   UNITED STATES OF AMERICA,            )   No.: CR-06-0144-JSW
                                          )
11                   Plaintiff,           )
                                          )   STIPULATION AND [PROPOSED]
12            vs.                         )   ORDER PERMITTING TRAVEL
                                          )
13   PHYLLIS REYES CUISON, *et al.*,      )
                                          )
14                   Defendants.          )
                                          )
15   _____)

16        IT IS HEREBY STIPULATED between the plaintiff, through its counsel, Assistant United

17   States Attorney Cynthia Stier and Phyllis Reyes Cuison, defendant, through her counsel, Ann C.

18   Moorman that defendant Phyllis Reyes Cuison shall be permitted to travel outside the Northern District

19   of California to Laughlin, Nevada from November 5, 2007  until November 8, 2007.  Her Pretrial

20   Services Officer, Betty Kim, has no objection to this request.  Defendant shall continue to comply with

21   any and all reporting requirements of Pretrial Services while outside the District.

22   DATED: October 29, 2007                      /s/
                                               CYNTHIA STIER
23                                             Assistant United States Attorney

24

      DATED: October 29, 2007                      /s/
25                                             ANN C. MOORMAN
                                               Counsel for PHYLLIS REYES CUISON
26

27

28

Stipulation and Order Permitting Travel              1

1

        GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant Phyllis

2   Reyes Cuison shall be permitted to travel to Laughlin, Nevada leaving November 5, 2007 and returning

3   no later than November 8, 2007. Defendant Cuison shall comply with any reporting requirements

4   imposed on her by Pretrial Services while she is out of the Northern District.

5        IT IS SO ORDERED.

6

7   DATED 2 Nov 07

8                HONORABLE BERNARD ZIMMERMAN
                    U.S. DISTRICT COURT MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order Permitting Travel       2