
RECEIVED
JAN 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PHYLLIS REYES CUISON, *et al.*,<br><br>Defendants. | No.: CR-06-0144-JSW<br><br>STIPULATION AND [PROPOSED] ORDER PERMITTING TRAVEL |

IT IS HEREBY STIPULATED between the plaintiff, through its counsel, Assistant United States Attorney Cynthia Stier and Phyllis Reyes Cuison, defendant, through her counsel, Ann C. Moorman that defendant Phyllis Reyes Cuison shall be permitted to travel outside the Northern District of California to Benicia, California on January 26, 2008 and to Pomona, California from February 16, 2008, returning February 18, 2008. Her Pretrial Services Officer, Betty Kim, has no objection to this request. Defendant shall continue to comply with any and all reporting requirements of Pretrial Services while outside the District.

DATED: January 18, 2008
/S/
CYNTHIA STIER
Assistant United States Attorney

DATED: January 18, 2008
/S/
ANN C. MOORMAN
Counsel for PHYLLIS REYES CUISON

Stipulation and Order Permitting Travel           1

1

   GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant Phyllis
2  Reyes Cuison shall be permitted to travel to Benicia, California on January 26, 2008 and to Pomona,
3  California on February 16, 2008 returning February 18, 2008. Defendant Cuison shall comply with any
4  reporting requirements imposed on her by Pretrial Services while she is out of the Northern District of
5  California.
6     IT IS SO ORDERED.
7
8  DATED: 22 Jan 08
                                          HONORABLE BERNARD ZIMMERMAN
9                                         U.S. DISTRICT COURT MAGISTRATE JUDGE

Stipulation and Order Permitting Travel          2