UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PHYLLIS REYES CUISON, *et al.*,<br><br>Defendants. | No.: CR-06-0144-JSW<br><br>STIPULATION AND [PROPOSED]<br>ORDER PERMITTING TRAVEL |

IT IS HEREBY STIPULATED between the plaintiff, through its counsel, Assistant United States Attorney Cynthia Stier and Phyllis Reyes Cuison, defendant, through her counsel, Ann C. Moorman that defendant Phyllis Reyes Cuison shall be permitted to travel outside the Northern District of California to Las Vegas, Nevada from March 14, 2008 until March 16, 2008. Her Pretrial Services Officer, Betty Kim, has no objection to this request. Defendant shall continue to comply with any and all reporting requirements of Pretrial Services while outside the District.

DATED: March 7, 2008
/s/
CYNTHIA STIER
Assistant United States Attorney

DATED: March 7, 2008
/s/
ANN C. MOORMAN
Counsel for Phyllis Reyes Cuison

Stipulation and Order Permitting Travel     1

1  GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant Phyllis
2  Reyes Cuison shall be permitted to travel to Las Vegas, Nevada leaving March 14, 2008 and returning
3  no later than March 16, 2008. Defendant Cuison shall comply with any reporting requirements imposed
4  on her by Pretrial Services while she is out of the Northern District.
5  IT IS SO ORDERED.

7  DATED: March 11, 2008

*[signature: Bernard Zimmerman]*
HONORABLE BERNARD ZIMMERMAN
U.S. DISTRICT COURT MAGISTRATE JUDGE