UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR-06-0144-JSW |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| vs. | ) | ORDER EXONERATING SECURITY |
| | ) | AND ORDERING RETURN OF |
| PHYLLIS REYES CUISON, *et al.*, | ) | PASSPORT. |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED between the plaintiff, through its counsel, Assistant United States Attorney Cynthia Stier and Phyllis Reyes Cuison, defendant, through her counsel, Ann C. Moorman that, in light of the anticipated dismissal of all charges against this defendant, the security previously posted on or about March 13, 2006 to secure the pretrial release of defendant Phyllis Reyes Cuison shall be exonerated and the Clerk of the Court shall reconvey its interest in 165 Cymbidium Circle in South San Francisco back to the defendant.  The parties further stipulate that the Clerk can return the passport of the defendant to her or her attorney as well. The parties further stipulate that Ms. Cuison shall continue to report to Pretrial Services as previously ordered until such time as the charges are dismissed which the parties anticipate to occur on June 5, 2008.   Pretrial Services Officer Betty Kim was contacted regarding this stipulation and agrees that exonerating the bond and returning the passport are appropriate at this time.

DATED: March 10, 2008                        /s/ Cynthia Stier
                                                          CYNTHIA STIER
                                                          Assistant United States Attorney

DATED: March 10, 2008                    /s/ Ann C. Moorman
                                         ANN C. MOORMAN
                                         Counsel for PHYLLIS REYES CUISON


        GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the bond securing

the pretrial release of defendant Phyllis Reyes Cuison shall be exonerated forthwith.  The Clerk of the

Court is directed to reconvey its interest in the real property representing the security (165 Cymbidium

Circle, South San Francisco) to the defendant.  The Clerk is also ordered to return the passport of

defendant Reyes Cuison to the defendant or her attorney as well.  Defendant Cuison shall comply with

any reporting requirements imposed on her by Pretrial Services until otherwise ordered or until the next

scheduled appearance in the underlying matter now set for June 5, 2008.

DATED: _____March 11, 2008_____      _____
                                          HONORABLE BERNARD ZIMMERMAN
                                          UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

THE HEARING SET FOR
MARCH 12, 2008 AT 1:30
P.M. IS VACATED.