Dbt f !4;17.ds.11255.KTX !!!!!Epdvn fou325!!!!!!Gjrhe!15025O3119!!!!!Qbhf !2!pg3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR-06-0144-JSW |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| vs. | ) | ORDER PERMITTING TRAVEL |
| | ) | |
| PHYLLIS REYES CUISON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY STIPULATED between the plaintiff, through its counsel, Assistant United States Attorney Cynthia Stier and Phyllis Reyes Cuison, defendant, through her counsel, Ann C. Moorman that defendant Phyllis Reyes Cuison shall be permitted to travel outside the Northern District of California to West Covina, California from April 18, 2008 until April 21, 2008. Her Pretrial Services Officer, Betty Kim, has no objection to this request. Defendant shall continue to comply with any and all reporting requirements of Pretrial Services while outside the District.

DATED: April 14, 2008        /s/
                             CYNTHIA STIER
                             Assistant United States Attorney

DATED: April 14, 2008        /s/
                             ANN C. MOORMAN
                             Counsel for Phyllis Reyes Cuison

Stipulation and Order Permitting Travel         1

Dbt f !4;17.ds.11255.KTX !!!!!Epdvn fou325!!!!!!Gjrhe!15Q25Q3119!!!!!Qbhf !3!pg3

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant Phyllis Reyes Cuison shall be permitted to travel to West Covina, California leaving April 18, 2008 and returning no later than April 21, 2008. Defendant Cuison shall comply with any reporting requirements imposed on her by Pretrial Services while she is out of the Northern District.

IT IS SO ORDERED.

DATED: _____      _____
                            HONORABLE BERNARD ZIMMERMAN
                            U.S. DISTRICT COURT MAGISTRATE JUDGE

Stipulation and Order Permitting Travel          2