E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR-06-0144-JSW |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| vs. ) | ORDER PERMITTING TRAVEL |
| ) | |
| PHYLLIS REYES CUISON, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

IT IS HEREBY STIPULATED between the plaintiff, through its counsel, Assistant United States Attorney Cynthia Stier and Phyllis Reyes Cuison, defendant, through her counsel, Ann C. Moorman that defendant Phyllis Reyes Cuison shall be permitted to travel outside the Northern District of California to San Diego, California from May 24, 2008 until May 26, 2008. Her Pretrial Services Officer, Betty Kim, has no objection to this request. Defendant shall continue to comply with any and all reporting requirements of Pretrial Services while outside the District.

DATED: April 14, 2008

                        /s/
                       CYNTHIA STIER
                       Assistant United States Attorney

DATED: April 14, 2008

                        /s/
                       ANN C. MOORMAN
                       Counsel for Phyllis Reyes Cuison

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant Phyllis Reyes Cuison shall be permitted to travel to San Diego, California leaving May 24, 2008 and returning no later than May 26, 2008. Defendant Cuison shall comply with any reporting requirements imposed on her by Pretrial Services while she is out of the Northern District.

IT IS SO ORDERED.

DATED: 3 May 08

HONORABLE BERNARD ZIMMERMAN
U.S. DISTRICT COURT MAGISTRATE JUDGE

Stipulation and Order Permitting Travel           2