UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR-06-0144-JSW |
| Plaintiff, | ) ) | |
| vs. | ) ) | STIPULATION AND [PROPOSED] ORDER PERMITTING TRAVEL |
| PHYLLIS REYES CUISON, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

IT IS HEREBY STIPULATED between the plaintiff, through its counsel, Assistant United States Attorney Cynthia Stier and Phyllis Reyes Cuison, defendant, through her counsel, Ann C. Moorman that defendant Phyllis Reyes Cuison shall be permitted to travel outside the Northern District to Barcelona Spain on June 4, 2008 and returning to the Northern District on June 15, 2008. Her Pretrial Services Officer, Josh Libby, has no objection to this request. Defendant shall fax a copy of her itinerary to Mr. Libby and continue to comply with any and all reporting requirements of Pretrial Services while outside the District.

DATED: May 19, 2008          /s/ Cynthia Stier
                             CYNTHIA STIER
                             Assistant United States Attorney

DATED: May 19, 2008          /s/ Ann C. Moorman
                             ANN C. MOORMAN
                             Counsel for Phyllis Reyes Cuison

Stipulation and Order Permitting Travel          1

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant Phyllis Reyes Cuison shall be permitted to travel to Barcelona Spain from June 4, 2008 and returning to the Northern District no later than June 15, 2008.   Defendant Cuison shall fax her itinerary to her Pretrial Services Officer, Josh Libby and continue to comply with any reporting requirements imposed on her by Pretrial Services while she is out of the Northern District.

IT IS SO ORDERED.

DATED: _May 20, 2008_   _____
HONORABLE BERNARD ZIMMERMAN
U.S. DISTRICT COURT MAGISTRATE JUDGE



Stipulation and Order Permitting Travel                     2